IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:19-CR-00216 |
| v. | : | |
| DEVARES VICK | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, in accordance with the court's accompanying memorandum, **IT IS HEREBY ORDERED THAT** the Magistrate Judge's Report and Recommendation (Doc. 79) is adopted, with limited exception regarding certain factual findings, and Defendant's motion to suppress evidence (Doc. 27) is **DENIED.**

**SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: May 3, 2021